USDC SCAN INDEX SHEET

















SWD    6/2/04    14:51

3:04-CV-01102    ROSENBAUM PRT LP V. BUSINESS OBJECTS SA

*1*

*CMP.*

# ORIGINAL

1 | LERACH COUGHLIN STOIA
    & ROBBINS LLP
2 | WILLIAM S. LERACH (68581)
    DARREN J. ROBBINS (168593)
3 | 401 B Street, Suite 1700
    San Diego, CA  92101
4 | Telephone:  619/231-1058
    619/231-7423 (fax)
5 |
    LAW OFFICES OF MARC S. HENZEL
6 | MARC S. HENZEL
    273 Montgomery Avenue, Suite 202
7 | Bala Cynwyd, PA  19004
    Telephone:  610/660-8000
8 | 610/660-8080 (fax)
9 | Attorneys for Plaintiff

FILED

'04 JUN -2  PH 12: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: SD

DEPUTY

10 |

11 |                    UNITED STATES DISTRICT COURT

12 |                   SOUTHERN DISTRICT OF CALIFORNIA

13 | ROSENBAUM PARTNERS LP, On Behalf of )   No. 04 CV 1102 W      (JFS)
     Itself and All Others Similarly Situated, )
14 |                                          )   CLASS ACTION
                                  Plaintiff,  )
15 |                                          )   COMPLAINT FOR VIOLATIONS OF THE
              vs.                             )   FEDERAL SECURITIES LAWS
16 |                                          )
     BUSINESS OBJECTS S.A., BERNARD           )
17 | LIAUTAUD and JAMES TOLONEN,              )
                                              )
18 |                                 Defendants. )
                                              )   DEMAND FOR JURY TRIAL
19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

## NATURE AND SUMMARY OF THE ACTION

1.     This is a securities class action on behalf of purchasers of Business Objects S.A. ("Business Objects" or the "Company") publicly traded securities during the period from April 23, 2003 to April 30, 2004 (the "Class Period").

2.     Business Objects is a worldwide provider of business intelligence (BI) solutions. The Company offers a suite of BI software that includes data integration, query, reporting, online analytical processing, information broadcasting, business alerts for end users, analytic application frameworks and pre-packaged analytic applications. Its software also includes administration tools that enable information technology professionals to set up and deploy the Company's products across an enterprise. To provide greater flexibility to its customers, the Company's software can be deployed in Web, Windows or mobile environments. The Business Objects product line is divided into three families of products: data integration, BI platform and enterprise analytic applications.

3.     During the Class Period, defendants caused Business Objects shares to trade at artificially inflated levels through the issuance of false and misleading financial statements.

4.     The true facts which were known to the defendants but actively concealed by defendants from shareholders were as follows:

(a)     The Company's integration of the Crystal Decisions acquisition was a disaster and the defendants were struggling to hide the integration problems in order to save face. Moreover, many of the Company's customers/partners were confused about the synchronization of pricing and new solution bundles and delaying their purchases together with foregoing them all together in favor of Business Objects' competition.

(b)     The Company was internally projecting:

(i)     poor demand for the Company's Enterprise 6 products;

(ii)     a material drop in European orders; and

(iii)     losing significant sales to Microsoft and Cognos.

(c)     The Company's software license revenue growth was not as robust as defendants projected for the first quarter of 2004. In fact, half of the gain ($12-$13 million) was attributable to currency gains associated with the Euro vs. the dollar.

- 1 -

1           (d)    The acquisition costs of Crystal Decisions far exceeded the Company's

2 projections resulting in an erosion of the Company's growth margins.

3           (e)    The Company's balance in deferred revenue was inflated due to manipulations

4 in the deferred revenue balance of Crystal Decisions upon acquisition.

5                                   **JURISDICTION AND VENUE**

6     5.    Jurisdiction is conferred by §27 of the 1934 Act. The claims asserted arise under

7 §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act").

8     6.    Venue is proper in this District pursuant to §27 of the 1934 Act. The defendants

9 conduct business at 16870 W. Bernardo Drive, Suite 400, San Diego, California, and the wrongful

10 conduct took place in this District.

11                                     **THE PARTIES**

12     7.    Plaintiff Rosenbaum Partners LP purchased Business Objects publicly traded

13 securities as detailed in the attached Certification and was damaged thereby.

14     8.    Defendant Business Objects is a worldwide provider of business intelligence ("BI")

15 solutions. The Company offers a suite of BI software that includes data integration, query, reporting,

16 online analytical processing, information broadcasting, business alerts for end users, analytic

17 application frameworks and pre-packaged analytic applications. Its software also includes

18 administration tools that enable information technology professionals to set up and deploy the

19 Company's products across an enterprise. To provide greater flexibility to its customers, the

20 Company's software can be deployed in Web, Windows or mobile environments. The Business

21 Objects product line is divided into three families of products: data integration, BI platform and

22 enterprise analytic applications.

23     9.    Defendant Bernard Liautaud ("Liautaud") is the Chairman of the Board and CEO of

24 the Company. Defendant Liautaud sold in excess of $6.4 million worth of shares during the Class

25 Period.

26     10.    Defendant James Tolonen ("Tolonen") is CFO of the Company.

27     11.    Defendants Liautaud and Tolonen are referred to herein as the "Individual

28 Defendants." The Individual Defendants, because of their positions with the Company, possessed

1    the power and authority to control the contents of Business Objects' quarterly reports, press releases

2    and presentations to securities analysts, money and portfolio managers and institutional investors,

3    *i.e.*, the market. Each defendant was provided with copies of the Company's reports and press

4    releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and

5    opportunity to prevent their issuance or cause them to be corrected. Because of their positions and

6    access to material non-public information available to them but not to the public, each of these

7    defendants knew that the adverse facts specified herein had not been disclosed to and were being

8    concealed from the public and that the positive representations which were being made were then

9    materially false and misleading. The Individual Defendants are liable for the false statements

10    pleaded herein at ¶¶18, 20-23 and 25-28, as those statements were each "group-published"

11    information, the result of the collective actions of the Individual Defendants.

12                           **SCIENTER**

13         12.     In addition to the above-described involvement, each Individual Defendant had

14    knowledge of Business Objects' problems and was motivated to conceal such problems. Defendant

15    Tolonen, as Business Objects' CFO, was responsible for financial reporting and communications

16    with the market. Many of the internal reports showing Business Objects' forecasted and actual

17    growth were prepared by the finance department under Tolonen's direction. Defendant Liautaud, as

18    Chairman and CEO, was responsible for the financial results and press releases issued by the

19    Company. Each Individual Defendant sought to demonstrate that he could lead the Company

20    successfully and generate the growth expected by the market.

21            **FRAUDULENT SCHEME AND COURSE OF BUSINESS**

22         13.     Each defendant is liable for (i) making false statements, or (ii) failing to disclose

23    adverse facts known to him about Business Objects. Defendants' fraudulent scheme and course of

24    business that operated as a fraud or deceit on purchasers of Business Objects publicly traded

25    securities was a success, as it (i) deceived the investing public regarding Business Objects' prospects

26    and business; (ii) artificially inflated the prices of Business Objects' publicly traded securities; (iii)

27    allowed defendants to obtain larger bonuses which were directly tied to the performance of Business

28    Objects shares; (iv) allowed defendants to arrange to sell and actually sell in excess of $6.4 million

1   worth of Business Objects shares at artificially inflated prices; (v) caused plaintiff and other

2   members of the Class to purchase Business Objects publicly traded securities at inflated prices; and

3   (vi) allowed defendants to use Business Objects' inflated stock as acquisition currency to purchase

4   Crystal Decision.

5                           **SUBSTANTIVE ALLEGATIONS**

6        14.    Business Objects is a worldwide provider of business intelligence (BI) solutions. The

7   Company offers a suite of BI software that includes data integration, query, reporting, online

8   analytical processing, information broadcasting, business alerts for end users, analytic application

9   frameworks and pre-packaged analytic applications.  Its software also includes administration tools

10  that enable information technology professionals to set up and deploy the Company's products

11  across an enterprise.  To provide greater flexibility to its customers, the Company's software can be

12  deployed in Web, Windows or mobile environments.  The Business Objects product line is divided

13  into three families of products: data integration, BI platform and enterprise analytic applications.

14       15.    During the Class Period, each of the Individual Defendants occupied a position as one

15  of the top Business Objects executives and was privy to non-public information concerning the

16  Company.  Each of them knew of the adverse facts specified herein.  Moreover, each created

17  incentives for the Company's employees to help them inflate the Company's revenue.

18  Notwithstanding their duty to refrain from causing Business Objects to sell/dispose of stock or other

19  securities while in possession of material, adverse, non-public information concerning the Company,

20  defendant Liautaud sold $6.4 million worth of his shares at grossly inflated prices, thus benefiting

21  from his wrongful course of conduct.  Business Objects' press releases, corporate reports to

22  shareholders, and filings with the SEC were each group-published documents for which each

23  defendant is equally responsible.

24       16.    Each of the Individual Defendants and Business Objects is liable for making false and

25  misleading statements in that they inflated the prices of Business Objects securities by making false

26  and misleading statements and omitting material adverse information.  The defendants' wrongful

27  course of business (i) artificially inflated the prices of Business Objects' securities during the Class

28  Period; (ii) deceived the investing public, including plaintiff and other Class members, into acquiring

1  Business Objects' securities at artificially inflated prices; (iii) allowed Liautaud to sell $6.4 million

2  worth of his own securities; (iv) permitted Business Objects to grow and benefit economically from

3  the wrongful course of conduct.

4          17.     Business Objects and its top officers inflated the prices of the Company's securities in

5  order to pursue an accelerated securities sale program.  Defendants knew that by concealing

6  Business Objects' true financial results they could foster the perception in the business community

7  that Business Objects was a "growth company," *i.e.*, it was the only way Business Objects could post

8  the revenue and earnings per share ("EPS") growth claimed by defendants.

9                          **FALSE AND MISLEADING STATEMENTS**
                           **ISSUED DURING THE CLASS PERIOD**
10

11          18.     On April 23, 2003, the Company issued a press release on Business Wire entitled

12  "Business Objects Reports Record First Quarter Revenue; First Quarter Revenue Up 10% Over Prior

13  Year."  The press release stated in part:

14          Business Objects, the world's leading provider of business intelligence (BI)
            solutions, today announced results for the first quarter ended March 31, 2003.

15          First quarter revenues were $118.5 million, an increase of 10 percent over
            revenues of $107.5 million for the quarter ended March 31, 2002.  Net income for the
16          first quarter was $8.8 million, or $0.14 per diluted share, and ADS, compared to net
            income of $11.0 million, or $0.17 per diluted share and ADS, in the first quarter of
17          the prior year.

18          "Business Objects' year-over-year revenue growth and our profitability in the
            first quarter represent a great achievement, particularly in light of the difficult
19          economic and political environment," said Bernard Liautaud, chairman and chief
            executive officer.  "We posted strong performances in service revenue, and in
20          analytic applications, where license revenue growth exceeded 100 percent year-over-
            year."
21
                                    *       *       *
22

23          As of March 31, 2003, the company had $329 million in cash, cash
            equivalents, and short-term investments.  Total assets were $573 million, compared
24          with $552 million at December 31, 2002.

                                    *       *       *
25

26          Launch of Enterprise 6

27          Today, the company announced the release of Business Objects Enterprise 6,
            a new version of the company's industry-leading BI suite.  Enterprise 6 provides
28          Business Objects four key competitive advantages:  the industry's best web query,
            reporting and analysis;  the most advanced and complete suite of analytical

applications; the best connectivity to packaged applications; and the most integrated BI suite.

"Enterprise 6 is the new benchmark of business intelligence. We have received very positive customer feedback, as this new suite supports the requirements of customers who want one standard for their entire enterprise," said Liautaud. "We believe Enterprise 6 will provide new revenue opportunities, both in new business wins, and with existing customers expanding their deployments."

\*       \*       \*

Management provides the following guidance for the quarter ended June 20, 2003:

Revenue is expected to be in the range of $119 to $123 million. Diluted earnings per share and ADS are expected to be in the range of $0.14 to $0.18.

While the company is not providing detailed 2003 full year revenue or earnings guidance at this time, management plans are to continue to grow overall revenue by approximately 10 percent, but with a greater than 10 percent full year growth in earnings per share.

19.    On May 5, 2003, defendant Liautaud sold 40,000 shares at $22.63-$23.15 per share, for proceeds of $916,000.

20.    On June 26, 2003, the Company issued a press release on *Business Wire* entitled "BusinessObjects Ships Business Objects Enterprise 6 to More than 1,500 Customers." The press release stated in part:

Business Objects, the world's leading provider of business intelligence (BI) solutions, today announced that in the first six weeks since the general availability release of Business Objects™ Enterprise 6, Business Objects has shipped the new business intelligence suite to more than 1,500 unique customers. The number represents existing customers spanning 60 countries worldwide who have proactively downloaded the software, or have requested physical shipments of the new business intelligence suite. BusinessObjects Enterprise 6 became generally available on all platforms on May 15, 2003.

"We are pleased that customers are showing this degree of interest in our new business intelligence suite," said Bernard Liautaud, chairman and CEO of Business Objects. "Business Objects Enterprise 6 is the industry's new benchmark for a BI suite – with the best web query, reporting, and analysis, the best packaged application connectivity, the most complete suite of analytic applications, and the best integration across the suite. No other product comes close."

21.    On July 18, 2003, the Company issued a press release entitled "Business Objects Reports Preliminary Second Quarter Results." The press release stated in part:

Business Objects, the world's leading provider of business intelligence solutions, today announced preliminary results for the second quarter ended June 30,

2003. The company expects revenue to be in the range of $127 to $129 million, and earnings per share to be between $0.17 and $0.18.

Business Objects will report full second quarter results on Thursday, July 31, 2003 following the close of the market. (Note: this is a change from the previously scheduled date.)

Today, Business Objects also announced its agreement to acquire privately held Crystal Decisions, Inc. (see separate press release).

22.    Also on July 18, 2003, the Company issued a press release on *Business Wire* entitled "Business Objects Announces Agreement to Acquire Crystal Decisions; Creates the Leading Provider of Enterprise Business Intelligence Solutions." The press release stated in part:

Business Objects and Crystal Decisions, Inc. today announced a definitive agreement under which Business Objects will acquire privately-held Crystal Decisions, the fastest-growing vendor in the business intelligence (BI) market, and the leading provider of enterprise reporting software.

Under the terms of the agreement, Business Objects will issue approximately 26.5 million shares of common stock in respect of outstanding Crystal Decisions common shares and stock options, which will represent approximately 29 percent of the combined company's shares. In addition, Crystal Decisions stockholders will receive an aggregate of $300 million in cash. Based on the closing price of Business Objects' stock on July 17, 2003 the transaction is valued at the aggregate purchase price of approximately $820 million.

23.    On July 31, 2003, the Company issued a press release entitled "Business Objects Reports Second Quarter Revenue Up 16 Percent; License Revenue Up 3 Percent; Operating Margin Reaches 12 Percent." The press release stated in part:

Business Objects, the world's leading provider of business intelligence (BI) solutions, today announced results for the second quarter ended June 30, 2003.

Second quarter revenues were $129.0 million, an increase of 16% percent over revenues of $111.2 million for the quarter ended June 30, 2002. Net income for the second quarter was $11.5 million, or $0.18 per diluted share and ADS, compared to net income of $11.9 million, or $0.18 per diluted share and ADS, in the second quarter of the prior year.

*"We are very pleased with our second quarter results, which reflect progress and success on a number of important fronts," said Bernard Liautaud, chairman and chief executive officer. "In particular, our license revenue showed year-over-year growth, our operating margin improved, we significantly increased the number of contracts over $1 million, and we have seen strong early customer acceptance of the new Enterprise 6 product suite."*

Software license revenues in the quarter were $62.7 million, up 3 percent from the same period in the prior year. Software license update and support revenues reached $48.4 million, a 37 percent increase over the same period a year ago, primarily due to continued high levels of customer maintenance renewal.

- 7 -

Professional services revenues were $17.9 million, a 20 percent increase over the prior year, driven by a 38 percent growth in consulting revenue. The improvement in consulting revenue reflects an increase in large engagements tied to analytic application deployments.

Operating margin in the quarter was 12 percent, compared with an operating margin of 9 percent in the second quarter of the prior year.

Geographic Region Results

For the second quarter, revenue distribution by region was as follows: Europe 49 percent, the Americas 44 percent, Japan 4 percent, and Asia-Pacific 3 percent. Year-over-year revenue performance in dollars for each region was: Europe up 34 percent (up 3 percent in Euros), Americas down 1 percent, Japan up 15 percent (up 8 percent in yen), and Asia-Pacific up 71 percent.

Major Products Introduced On Schedule

New product introductions, delivered on schedule, highlighted the quarter. Enterprise 6, the most complete, fully integrated business intelligence product suite on the market became generally available in May on all major platforms and in seven languages. Enterprise 6 sets the industry standard for web-based query, reporting and analysis, and contains the most advanced suite of analytic applications. In June, Business Objects introduced Performance Manager, a unique solution for advanced goal management, scorecarding, and analysis of metrics. Combined with previously released Dashboard Manager, Performance Manager provides Business Objects customers with important new EPM capabilities.

Momentum for Enterprise 6 and Data Integration

"The introduction of Enterprise 6 generated excitement and momentum in the marketplace," said Liautaud. "In the first two months of availability, 73 customers in 10 countries purchased $2.7 million of Enterprise 6 products. In addition, we have seen our win rate increase with the new product suite."

Data Integration products also showed strength during the quarter, contributing $3.1 million in license revenues, a 101 percent sequential increase from the quarter ended March 31, 2003. A total of 40 customers purchased Data Integration products, including 11 contracts over $100,000.

License revenues for analytic applications were $5.5 million, up 22 percent from the second quarter of 2002. During the quarter, 63 customers purchased analytic applications, with Dashboard Manager being purchased by twice as many customers as in the first quarter. The license revenue reported for analytic applications includes only revenue from the analytic products, and does not include data integration or business intelligence license revenue that may be linked to the same contracts.

Customer and Contract Highlights

The company also reported the following key data for the second quarter:

  – 438 new customers were added; total customer count now exceeds 18,000;

  – 7 contracts over $1 million, and 55 between $200,000; and $1 million;

– Major customers included America Online, BT Ignite, Ernst & Young, Total, United Utilities Plc, and the U.S. Department of Labor;

– Indirect channels contributed 40 percent of license revenue;

– At the close of the quarter, the number of quota-carrying sales representatives was 315.

Balance Sheet

As of June 30, 2003, the company had $363 million in cash, cash equivalents, and short-term investments. Total assets were $617 million, compared with $552 million at December 31, 2002.

Foreign Exchange Rate Effects

Business Objects second quarter 2003 reported revenues and expenses were approximately $2 million greater than if they had been translated using the weighted average exchange rates in effect in the first quarter of 2003, and approximately $11 million greater than if they had been translated using the weighted average exchange rates in effect in the second quarter of 2002. Because non-U.S. denominated revenues and expenses were approximately equal, the exchange rate effect was immaterial at the Operating Profit level. Of the $34 million increase in cash and short-term investments on the Balance Sheet in the second quarter, approximately $20 million came from exchange rate effects.

Year-to-Date Results

Revenues for the six months ended June 30, 2003 were $247.5 million, compared with revenues in the same period of the prior year of $218.7 million. Net income for the six months ended June 30, 2003 was $20.3 million, or $0.32 per diluted share and ADS, compared with net income for the same period of the prior year of $22.9 million, or $0.35 per diluted share and ADS. The operating margin in the first six months was 10 percent.

Business Outlook

Management offers the following guidance for the quarter ending September 30, 2003:

Revenue is expected to be in the range of $121 to $124 million.

Diluted earnings per share and ADS are expected to be in the range of $0.14 to $0.17.

24.    On August 4, 2003, defendant Bernard sold 40,000 shares at $25.25-$26.03, for proceeds in excess of $1 million.

25.    On October 23, 2003, the Company issued a press release entitled, "Business Objects Reports Record Third Quarter Revenue up 18 Percent and a Significant Increase in Profitability." The press release stated in part:

- 9 -

Business Objects, the world's leading provider of business intelligence (BI) solutions, today announced record results for the third quarter ended September 30, 2003.

Third quarter revenues were $129.1 million, an increase of 18 percent over revenues of $109.9 million for the quarter ended September 30, 2002. Net income for the third quarter was $10.8 million, or $0.17 per diluted share and ADS, up 122 percent compared to net income of $4.9 million, or $0.08 per diluted share and ADS, in the third quarter of the prior year. The results in the third quarter of the prior year include approximately $3.3 million of non-recurring expenses related to the acquisition of Acta Technology.

The results in the third quarter of 2003 include approximately $1.5 million of additional reported general and administrative expenses resulting from activities directly related to the pending acquisition of Crystal Decisions.

"Our performance in the third quarter was outstanding, and reflects the favorable customer response to BusinessObjects Enterprise 6," said Bernard Liautaud, chairman and chief executive officer. "Enterprise 6 is the key to our improving competitive win rate and growing market share. Importantly, the new suite is compatible with our previous products, so customers can move to Enterprise 6 and leverage their earlier investment in Business Objects products. Our operating income improved significantly, as we executed according to plan."

Software license revenues in the quarter were $58.0 million, up 8 percent from the same period in the prior year. Software maintenance revenues, which include license updates and technical support, reached $53.1 million, a 32 percent increase over the same period in the prior year. Professional services revenues were $18.0 million, a 12 percent increase over the prior year, driven by a 22 percent growth in consulting revenue.

Operating margin in the quarter was 10 percent, compared with an operating margin of 4 percent in the third quarter of the prior year.

Powerful BusinessObjects Enterprise 6 Momentum

"We are very pleased with the rapid customer adoption of Enterprise 6," said Liautaud. "In just the first full quarter of product availability, we achieved the following:

– Purchases by 275 customers in 15 countries

– $12 million of license revenue, representing approximately 20 percent of total license revenue in the quarter

– 27 purchases over $100,000, demonstrating substantial commitment to the new products."

Consistent with the company's plan for a strong new product rollout, the first upgrade to the suite, BusinessObjects Enterprise 6.1, was delivered as scheduled during the quarter. Enterprise 6.1 provides customers improved analysis for end-users, increased data integration productivity and performance, accelerated analytics, superior enterprise deployability, and end-to-end integration.

- 10 -

Continued Growth for Analytic Applications and Data Integration

During the quarter, 81 customers purchased analytic application products, contributing $5.7 million in license revenues, up 50 percent from the third quarter of 2002. For the first nine months of 2003, analytic applications license revenues were $18.2 million, up 54 percent over the same period in the prior year. The license revenues reported for analytic applications include only revenues from the analytic products, and do not include data integration or business intelligence license revenues that may be associated with the same contracts.

Data Integration products also showed strength during the quarter, contributing $3.9 million in license revenues, a 248 percent increase compared to the third quarter of 2002, which was an abbreviated quarter for sales of data integration products, resulting from the close of the Acta Technology acquisition on August 23, 2002. The result also represents a 23 percent sequential increase from the quarter ended June 30, 2003. A total of 60 customers purchased Data Integration products, including 12 contracts over $100,000.

Acquisition of Crystal Decisions Expected to Close in Fourth Quarter

The company confirmed that the acquisition of Crystal Decisions is expected to close in the fourth quarter. "Our management has been working closely with counterparts from Crystal Decisions in a disciplined process to develop integration plans that can be implemented upon closing," said Liautaud. "We currently have 4 task forces and 40 sub-teams dedicated to integration. The planning program is on track and I am very pleased with the progress and level of cooperation between team members."

Significant Growth in All Regions

Year-over-year revenue performance in dollars for each region was: Europe grew 22 percent (up 6 percent in Euros), Americas grew 10 percent, Japan grew 12 percent (up 11 percent in yen), and Asia-Pacific grew 97 percent. This is the second consecutive quarter in which revenue in Europe increased in local currency.

For the third quarter, revenue distribution by region was as follows: Europe 49 percent, the Americas 43 percent, Japan 4 percent, and Asia-Pacific 4 percent.

Customer and Contract Highlights

The company also reported the following key data for the third quarter:

– 6 contracts over $1 million, and 50 between $200,000 and $1 million;

– 365 new customers were added; total customer count exceeds 18,000

– Key customers included Bank of Japan, Daimler Chrysler, Délégation Générale de l'Armement, Kobe Steel, McDonalds UK, U.S. Army, and U.S. Environmental Protection Agency

– Indirect channels contributed 43 percent of license revenue

– At the close of the quarter, the number of quota-carrying sales representatives was 293.

Balance Sheet

As of September 30, 2003, the company had $380 million in cash, cash equivalents, and short-term investments. Total assets were $642 million, compared with $552 million at December 31, 2002.

Foreign Exchange Rate Effects

Business Objects third quarter 2003 reported revenues and expenses were approximately $400,000 greater than if they had been translated using the weighted average exchange rates in effect in the second quarter of 2003, and approximately $7.0 million greater than if they had been translated using the weighted average exchange rates in effect in the third quarter of 2002. Because non-U.S. denominated revenues and expenses were approximately equal, the exchange rate effect was immaterial at the Operating Profit level.

Year-to-Date Results

Revenues for the nine months ended September 30, 2003 were $376.6 million, up 15 percent compared with revenues in the same period of the prior year of $328.6 million. Net income for the nine months ended September 30, 2003 was $31.2 million, or $0.48 per diluted share and ADS, up 12 percent compared with net income for the same period of the prior year of $27.8 million, or $0.43 per diluted share and ADS. The operating margin in the first nine months was 10 percent.

Business Outlook

*The guidance below is for Business Objects current operations on a stand-alone basis, not including any transaction costs, expenses, operations, or increased share count that may result from the acquisition of Crystal Decisions.*

*Management offers the following guidance for the quarter ending December 31, 2003:*

*Revenue is expected to be in the range of $144 to $147 million. Diluted earnings per share and ADS are expected to be in the range of $0.25 to $0.28.*

26.     On November 3, 2003, defendant Bernard sold 40,000 shares at $33.44-$34.04, for proceeds of $1.3 million.

27.     On December 11, 2003, the Company issued a press release entitled, "Business Objects Completes Acquisition of Crystal Decisions; Company Also Discloses Integrated Management Team." The press release stated in part:

Business Objects, the world's leading provider of business intelligence (BI) solutions, announced it has completed the acquisition of Crystal Decisions. The transaction was approved by Business Objects shareholders at the shareholders' meeting held today in Paris, France.

"This acquisition creates the clear leader in business intelligence, with the largest customer base, the strongest product line, and the highest revenue in the sector," said Bernard Liautaud, chairman and chief executive officer. "In terms of

product lines, distribution channels, and international presence, the combination of Business Objects and Crystal Decisions is extremely complementary, and delivers strength across the board. We can now offer our customers the de facto standard product in reporting, the market's leading interactive query and analysis solution, and world-class enterprise performance management products for scorecarding and dashboards," said Liautaud.

Under terms of the acquisition agreement, Business Objects will issue approximately 26.8 million ordinary shares, based on the treasury share method, in respect of Crystal Decisions common shares and stock options outstanding immediately prior to the closing, and will pay approximately $307.6 million in cash to former Crystal Decisions stockholders. Based on the closing price of Business Objects' shares on the last trading day prior to the closing, the aggregate value of the transaction is approximately $1.2 billion.

28. On February 5, 2004, the Company issued a press release entitled, "Business Objects Reports Record 2003 Fourth Quarter and Year-End Results; Business Objects Standalone Revenue Increases 25 Percent; Operating Margin Reaches 21 Percent." The press release stated in part:

Business Objects, the world's leading provider of business intelligence (BI) solutions, today announced results for the fourth quarter and year ended December 31, 2003.

Fourth Quarter GAAP Results

The results for the fourth quarter 2003 include 20 days of revenue contribution and expenses from Crystal Decisions following the close of the acquisition on December 11, 2003; and a number of purchase accounting adjustments and transaction-related expenses which are described in more detail below.

Fourth quarter revenues were $184.2 million, an increase of 46 percent over revenues of $126.2 million for the quarter ended December 31, 2002. The net loss for the fourth quarter was $8.6 million, compared to net income of $12.8 million, in the fourth quarter of the prior year.

Purchase Accounting Adjustments and Other Transaction-Associated Costs

The fourth quarter 2003 GAAP results include certain purchase accounting adjustments and other costs associated with the acquisition of Crystal Decisions, including the following expenses: the write-off of acquired in-process technology of $28.0 million, the amortization of capitalized research and development of $1.0 million, the amortization of deferred stock-based compensation of $0.6 million, and the amortization of other intangibles of $0.6 million.

The results also reflect restructuring charges of $7.8 million and other one-time integration charges associated with the acquisition of approximately $5.5 million.

In addition, the results reflect the elimination of approximately $3.4 million in maintenance revenue during the 20-day period, due to purchase accounting entries eliminating certain purchased deferred revenue.

"The business intelligence industry now has an unquestioned leader, and that leader is Business Objects," said Bernard Liautaud, chairman and chief executive officer. "From the standpoint of license revenue, number of customers, breadth of distribution channels, or product line strength, Business Objects is unsurpassed. Our performance in the fourth quarter reflects this leadership, with strong revenue and operating profit growth from both Crystal Decisions and Business Objects. In a period when the possibility of distraction or customer hesitancy were at their peak, our execution was outstanding."

*"Also, we are very pleased with the progress of the integration of Business Objects and Crystal Decisions," said Liautaud. "Just after the close of the quarter, we presented a product integration roadmap to customers, and the reaction has been very positive. In mid-January we held our combined worldwide sales force kickoff, and the BI industry's largest sales organization is very enthusiastic about the value proposition it can now offer to clients."*

Business Objects Standalone Pro forma Operating Results

Had Business Objects and Crystal Decisions operated independently for the entire fourth quarter, the company estimates that the unaudited pro forma operating results for Business Objects would have been as follows (see also Supplemental Schedules below):

– Total revenues of approximately $158 million, up 25 percent from the same period of the prior year

– License revenues of approximately $76 million, up 16 percent from the same period of the prior year

– Maintenance and support revenues of approximately $60 million, up 38 percent from the same period of the prior year

– Professional services revenue of approximately $21 million, up 32 percent from the same period of the prior year

– Gross profit of approximately $133 million, up 26 percent from the same period of the prior year. This represents a gross margin of 84 percent

– Operating income of approximately $33 million, up 94 percent from the same period of the prior year. This represents an operating margin of 21 percent.

A reconciliation of GAAP to pro forma revenue and operating income is included with this press release.

Product Line Performance: The performance of key Business Objects product lines during the quarter was as follows:

– BusinessObjects Enterprise 6 license revenues were $33 million, a sequential increase of 177 percent from the third quarter of 2003

– BusinessObjects Enterprise 6 was included in 649 customer transactions, including 87 transactions over $100,000

– Analytic applications license revenues were $7.5 million, compared with $9.1 million the fourth quarter of 2002. For the full year, analytic applications

- 14 -

license revenue was $25.7 million, up 23 percent over the prior year. The license revenues reported for analytic applications includes only revenue from the analytic products, and do not include data integration or business intelligence license revenue that may be associated with the same contracts

– Data Integration products contributed $5.4 million in license revenues, a 97 percent increase compared to the fourth quarter of 2002. A total of 85 customers purchased Data Integration products, including 14 contracts over $100,000. For the full year, Data Integration license revenue was $14.0 million.

For Business Objects on a standalone pro forma basis, year-over-year revenue performance for the fourth quarter in dollars for each region would have been: Europe up 36 percent (up 15 percent in Euros), Americas up 7 percent, Japan up 19 percent (up 7 percent in yen), and Asia-Pacific up 202 percent.

For the full year, Business Objects standalone pro forma revenue would have been approximately $535 million, up 17 percent over the prior year; pro forma operating income would have been approximately $70.5 million, up 31 percent over the prior year; and pro forma operating margin would have been 13.2 percent, compared to 11.8 percent in the prior year.

Crystal Decisions Standalone Pro forma Operating Results

Had Business Objects and Crystal Decisions operated separately for the entire quarter, the company estimates that the unaudited pro forma operating results for Crystal Decisions would have been as follows (see also Supplemental Schedules below):

– Total revenue of approximately $82 million, up 15 percent from the same period of the prior year

– License revenue of approximately $51 million, up 9 percent from the same period of the prior year

– Gross profit of approximately $65 million, up 15% from the same period of the prior year

– Operating income of approximately $13 million, up approximately 13% from the same period of the prior year

Combined Company Pro Forma Results

The mathematical sum of the two pro forma results would yield the following combined pro forma results for the fourth quarter:

– Total revenue of approximately $240 million

– License revenue of approximately $127 million

– Operating income of approximately $46 million; an operating margin of 19 percent

Balance Sheet

As of December 31, 2003, the company had $235 million in cash and cash equivalents. Total assets were $1.8 billion.

Business Outlook

Management offers the following guidance for the quarter ending March 31, 2004:

– Revenue is expected to be in the range of $208 million to $218 million

– GAAP diluted earnings per share and ADS are expected to be in the range of $0.03 to $0.09

– Non-GAAP pro forma diluted earnings per share and ADS are expected to be in the range of $0.10 to $0.16.

Both the GAAP and non-GAAP guidance exclude eliminated deferred maintenance revenue of approximately $12.6 million, as detailed on the below supplemental schedules, which is approximately a $0.08 per share and per ADS reduction reflected in both estimates.

The non-GAAP earnings per share and ADS also excludes purchase accounting adjustments and other transaction-associated or restructuring costs of approximately $10 million, as detailed on the below supplemental schedules, which is approximately a $0.07 per share increase reflected in this estimate.

29. On February 20, 2004, defendant Liautaud sold 100,000 shares at $32.15-$32.49, reaping $3.2 million in proceeds from this sale which predates the SEC investigation by eight weeks.

30. On April 30, 2004, *Bloomberg* issued a report entitled, "Business Objects Plunges As Profit Misses Forecasts." The article stated in part:

Shares of Business Objects SA, whose software helps companies analyze database information, plunged as much as 22 percent after first-quarter profit fell, coming in at the lower end of its target range and missing analyst forecasts.

Shares of the company dropped as much as 5.2 euros to 18.9 euros and traded at 19.7 euros as of 1:58 p.m. in Paris. The company's American depositary receipts yesterday rose 4.3 percent to $28.58 on the Nasdaq stock market.

Business Objects "disappointed heavily on profitability," CDC Ixis analysts Gwenael Giard and Brice Thebaud wrote in a note. They lowered their recommendation on the shares to "add" from "buy" and cut their price forecast 15 percent to $31.20.

Net income fell to $3.3 million, or 4 cents a share, from $8.8 million, or 14 cents, a year earlier, the Levallois-Perret, France-based company said in a statement sent on Business Wire yesterday. That's lower than the 15 cents predicted by 27 analysts in a Thomson Financial survey, and at the lower end of the company's February forecast range of 3 cents to 9 cents.

1         Profit was hurt by non-operating currency exchange losses of $6.8 million, or 5 cents a share, the company said. The losses were caused by the effect of a stronger

2 U.S. dollar on euro-denominated loans within the company as part of the integration of Crystal Decisions Inc., bought in December for $1.2 billion in cash and stock.

3

4     31.    On May 5, 2004, it was reported on CBSMarketWatch.com that, "Business Objects falls on SEC inquiry." The article stated in part:

5

6         Business Objects' Nasdaq-traded shares fell as much as 4 percent Wednesday after the company said the Securities and Exchange Commission is looking into its "practices with respect to backlog."

7

8         "While we believe our practices are proper and in accordance with generally accepted accounting principles in the United States, we can give no assurance as to the outcome of this inquiry," the software maker said in its first-quarter regulatory

9 filing.

10         The maker of ...business intelligence software used to mine corporate data, with headquarters in both San Jose, Calif., and Paris said ... its executives are

11 "cooperating fully" with the SEC.

12         Analysts at J.P. Morgan told clients that the inquiry may be related to the company's deferred revenue balance, and additions to that balance created by

13 Business Objects' acquisition of Canada-based business-intelligence software maker Crystal Decisions late last year.

14

15         Business Objects first-quarter net income and earnings excluding one-time items excluded $12.6 million of software maintenance revenue due to purchase accounting write-offs related to Crystal. Analysts had anticipated that exclusion and

16 included it in their estimates.

17         J.P. Morgan told clients that the announcement is not expected to affect operations, but said the inquiry could add to investor concerns about the integration

18 of Crystal Decisions.

19         In its first quarter conference call, company executives took a more negative tone related to Crystal. Analysts at Schwab SoundView said that Business Objects is

20 "struggling to integrate the two businesses."

21         On a conference call with analysts, executives with the company said late last month they would no longer be breaking out results from Crystal Decisions, making

22 it difficult, if not impossible for investors and analysts to track performance of the Crystal business.

23

24         Also of note in Business Objects' first-quarter regulatory filing is that the company said it entered into forward exchange contracts to purchase U.S. dollars, Canadian dollars and pounds in exchange for euros, in an effort to mitigate the risk of

25 currency losses.

26         "We believe we have contained the majority of the exposure related to our most material inter-company loans using this strategy," the company said in its SEC

27 filing.

28

1
2
3

    Business Objects said late last month that first-quarter net income was adversely affected by about $6.8 million in non-operating currency exchange losses, which lowered results by 5 cents a share.  Most was related to asset transfers and inter-company loans associated with Crystal.

4
5
6

  32.  Then, on May 5, 2004, as news was leaking (and the Company's stock was sinking), defendant Liautaud sold another 100,000 shares between $21.65 and $22.11 per share, for proceeds in excess of $2.1 million.

7
8

  33.  The true facts which were known to the defendants but actively concealed by defendants from shareholders were as follows:

9
10
11
12

    (a)  The Company's integration of the Crystal Decisions acquisition was a disaster and the defendants were struggling to hide the integration problems in order to save face.  Moreover, many of the Company's customers/partners were confused about the synchronization of pricing and new solution bundles and delaying their purchases together with foregoing them all together in favor of Business Objects' competition.

13
14

    (b)  The Company was internally projecting:

15

      (i)  poor demand for the Company's Enterprise 6 products;

16
17

      (ii)  a material drop in European orders; and

      (iii)  losing significant sales to Microsoft and Cognos.

18
19
20

    (c)  The Company's software license revenue growth was not as robust as defendants projected for the first quarter of 2004.  In fact, half of the gain ($12-$13 million) was attributable to currency gains associated with the Euro vs. the dollar.

21
22

    (d)  The acquisition costs of Crystal Decisions far exceeded the Company's projections resulting in an erosion of the Company's grow margins.

23
24

    (e)  The Company's balance in deferred revenue was inflated due to manipulations in the deferred revenue balance of Crystal Decisions upon acquisition.

### FIRST CLAIM FOR RELIEF

25
26

**For Violation of §10(b) of the 1934 Act
and Rule 10b-5 Against All Defendants**

27

  34.  Plaintiff incorporates 1-33 by reference.

28

35.     During the Class Period, defendants disseminated or approved the false statements specified above, which they knew or recklessly disregarded were materially false and misleading in that they contained material misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

36.     Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

        (a)     Employed devices, schemes, and artifices to defraud;

        (b)     Made untrue statements of material facts or omitted to state material facts necessary in order to make statements made, in light of the circumstances under which they were made not misleading; or

        (c)     Engaged in acts, practices, and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of Business Objects publicly traded securities during the Class Period.

37.     Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Business Objects publicly traded securities. Plaintiff and the Class would not have purchased Business Objects publicly traded securities at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by defendants' misleading statements.

38.     As a direct and proximate result of these defendants' wrongful conduct, plaintiff and the other members of the Class suffered damages in connection with their purchases of Business Objects publicly traded securities during the Class Period.

## SECOND CLAIM FOR RELIEF

### For Violation of §20(a) of the 1934 Act
### Against All Defendants

39.     Plaintiff incorporates 1-38 by reference.

40.     The Individual Defendants acted as controlling persons of Business Objects within the meaning of §20(a) of the 1934 Act. By reason of their positions as officers and/or directors of Business Objects, and their ownership of Business Objects stock, the Individual Defendants had the

- 19 -

1   power and authority to cause Business Objects to engage in the wrongful conduct complained of

2   herein.  Business Objects controlled each of the Individual Defendants and each of its officers,

3   executives and all of its employees.  By reason of such conduct, the Individual Defendants are liable

4   pursuant to §20(a) of the 1934 Act.

5                              **CLASS ACTION ALLEGATIONS**

6        41.    Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules

7   of Civil Procedure on behalf of all persons who purchased Business Objects publicly traded

8   securities (the "Class") on the open market during the Class Period.  Excluded from the Class are

9   defendants, directors and officers of Business Objects and their families and affiliates.

10       42.    The members of the Class are so numerous that joinder of all members is

11  impracticable.  The disposition of their claims in a class action will provide substantial benefits to

12  the parties and the Court.  During the Class Period, Business Objects had more than 89 million

13  shares of stock outstanding, owned by thousands of persons.

14       43.    There is a well-defined community of interest in the questions of law and fact

15  involved in this case.  Questions of law and fact common to the members of the Class which

16  predominate over questions which may affect individual Class members include:

17            (a)    Whether the 1934 Act was violated by defendants;

18            (b)    Whether defendants omitted and/or misrepresented material facts;

19            (c)    Whether defendants' statements omitted material facts necessary to make the

20  statements made, in light of the circumstances under which they were made, not misleading; and

21            (d)    Whether defendants knew or recklessly disregarded that their statements were

22  false and misleading.

23       44.    Plaintiff's claims are typical of those of the Class because plaintiff and the Class

24  sustained damages from defendants' wrongful conduct.

25       45.    Plaintiff will adequately protect the interests of the Class and has retained counsel,

26  who are experienced in class action securities litigation.  Plaintiff has no interests which conflict

27  with those of the Class.

28

                                      - 20 -

1   46.   A class action is superior to other available methods for the fair and efficient

2   adjudication of this controversy.

3   **PRAYER**

4   WHEREFORE, plaintiff prays for relief and judgment, including preliminary and permanent

5   injunctive relief, as follows:

6   A.   Determining that this action is a proper class action, and certifying plaintiff as a class

7   representative under Rule 23 of the Federal Rules of Civil Procedure;

8   B.   Awarding preliminary and permanent injunctive relief in favor of plaintiff and the

9   Class against defendants and all persons acting under, in concert with, or for them, including an

10  accounting for and the imposition of a constructive trust and/or an asset freeze on defendants' ill-

11  gotten gains;

12  C.   Ordering an accounting of defendants' ill-gotten gains;

13  D.   Ordering disgorgement of defendants' ill-gotten gains;

14  E.   Awarding compensatory damages in favor of plaintiff and the other Class members

15  against all defendants, jointly and severally, for all damages sustained as a result of defendants'

16  wrongdoing, in an amount to be proven at trial, including interest thereon;

17  F.   Awarding plaintiff and the Class their reasonable costs and expenses incurred in this

18  action, including counsel fees and expert fees; and

19  G.   Such other and further relief as the Court may deem just and proper.

20  **JURY DEMAND**

21  Plaintiff demands a trial by jury.

22  DATED:  June 2, 2004                    LERACH COUGHLIN STOIA
                                                & ROBBINS LLP
23                                              WILLIAM S. LERACH
                                                DARREN J. ROBBINS
24

25

26                                              WILLIAM S. LERACH

27

28

- 21 -

1

2                                   401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/231-1058

3                                   619/231-7423 (fax)

4                                   LAW OFFICES OF MARC S. HENZEL
MARC S. HENZEL

5                                   273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004

6                                   Telephone:  610/660-8000
610/660-8080 (fax)

7

8                                   Attorneys for Plaintiff

S:\CptDraft\Securities\Cpt BusinessObjects.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

Rosenbaum Partners LP (" plaintiff ") declares, as to the claims asserted under the Federal Securities Laws, that:

1.   Plaintiff has reviewed the complaint prepared by counsel and is willing to serve as a lead or named plaintiff in the Action on the basis of the allegations in that complaint or a substantively similar complaint or amended complaint to be filed. Plaintiff retains the Law Offices of Marc S. Henzel and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2.   Plaintiff did not purchase the Security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the Federal Securities Laws.

3.   Plaintiff is willing to serve as a lead or representative party, either individually or as part of a group on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.   Plaintiff has made the following transactions during the Class Period in the stock of Business Objects (Nasdaq: BOBJ) that are subject of this action:

| DATE | BUY OR SALE | AMOUNT OF SHARES | PRICE PER SHARE |
|------|-------------|------------------|-----------------|
|      | SEE ATTACHED |                 |                 |
|      |             |                  |                 |

5.   In the past three years, plaintiff has not sought to serve as a representative party on behalf of a class.

In re Vivendi Universal, S.A. Securities Litigation
S.D. New York 02 Civ. 5571

6.   Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

7.   I declare under penalty of perjury that the foregoing Is true and correct.  Executed this 1st Day of June 2004.

MP

Signature

| trade date | buy/sell | qty | | security price | |
|---|---|---|---|---|---|
| 5/30/2003 | sell | -6900 | BOBJ | $17.5424 | $121,042.5600 |
| 5/30/2003 | buy | 6900 | BOBJ | $20.5115 | -$141,529.3500 |
| 6/2/2003 | sell | -4895 | BOBJ | $18.6834 | $91,455.2430 |
| 6/2/2003 | buy | 4895 | BOBJ | $21.7836 | -$106,630.7220 |
| 6/3/2003 | sell | -1600 | BOBJ | $18.7363 | $29,978.0800 |
| 6/3/2003 | buy | 1600 | BOBJ | $21.8856 | -$35,016.9600 |
| 6/5/2003 | buy | 4845 | BOBJ | $19.9679 | -$96,744.4755 |
| 6/5/2003 | buy | 455 | BOBJ | $23.5800 | -$10,728.9000 |
| 6/5/2003 | sell | -5300 | BOBJ | $23.6636 | $125,417.0800 |
| 6/9/2003 | buy | 500 | BOBJ | $24.1000 | -$12,050.0000 |
| 6/9/2003 | sell | -500 | BOBJ | $24.1000 | $12,050.0000 |
| 6/12/2003 | buy | 1000 | BOBJ | $20.8650 | -$20,865.0000 |
| 6/12/2003 | buy | 300 | BOBJ | $24.5900 | -$7,377.0000 |
| 6/12/2003 | sell | -1300 | BOBJ | $24.5102 | $31,863.2600 |
| 6/20/2003 | sell | -500 | BOBJ | $18.8500 | $9,425.0000 |
| 6/20/2003 | buy | 500 | BOBJ | $22.0000 | -$11,000.0000 |
| 7/2/2003 | buy | 1500 | BOBJ | $19.2127 | -$28,819.0500 |
| 7/2/2003 | sell | -1500 | BOBJ | $22.1725 | $33,258.7500 |
| | | 0 | | | -$16,271.4845 |

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

**I (a) PLAINTIFFS**
ROSENBAUM PARTNERS LP, On Behalf of Itself and All Others Similarly Situated

**DEFENDANTS**
BUSINESS OBJECTS S.A., BERNARD LIAUTAUD and JAMES TOLONEN

04 JUN -2 PH 12: 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Pennsylvania
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME. ADDRESS. AND TELEPHONE NUMBER)**
William S. Lerach          (619) 231-1058
Lerach Coughlin Stoia & Robbins LLP
401 B Street, Suite 1700, San Diego, CA 92101

**ATTORNEYS (IF KNOWN)**

'04 CV 1102 W      (JFS)

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
(For Diversity Cases Only)         FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)** COMPLAINT FOR VIOLATION OF FEDERAL SECURITIES LAWS; 15 U.S.C. §§78j(b) and 78t(a)

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Mad Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| | | | ☐ 720 Labor/Mgmt Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (US Plaintiff or Defendant | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 950 Constitutionality of State |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☒ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE _____ Docket Number _____

DATE June 2, 2004

SIGNATURE OF ATTORNEY OF RECORD

#104164      150—      MS

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)